FILED
CLERK, U.S. DISTRICT COURT

MAR 31, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11   RONALD FLORESCA, et al.        )        Case No. CV 14-1293 SVW

12            Plaintiffs,           )
                                    )        JUDGMENT
13            v.                    )
                                    )
14   AARGON AGENCY, INC.,           )
                                    )
15            Defendant.            )                JS - 6
                                    )
16                                  )
                                    )
17   _____)

18        Pursuant to plaintiff's notice of acceptance of judgment and  Federal Rule of

19   Civil Procedure 68(a), judgment is hereby entered in favor of plaintiff Ronald

20   Floresca and against defendant in the amount of $3,500.00.

21

22

23   DATE:  March 31, 2014

24                                    _____
25                                         STEPHEN V. WILSON
                                         United States District Judge
26

27

28