UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Floresca,<br><br>    Plaintiff<br><br>vs.<br><br>Aargon Agency Inc,<br><br>    Defendant. | CASE NO.: 2:14-cv-01293-SVW-PLA<br><br>ORDER AND JUDGMENT<br><br>JS - 6 |

    THE COURT, having read and reviewed Plaintiff's Notice of Offer of Judgment, and the Notice of Acceptance, both documents file on March 19, 2014, deems the case settled.

    JUDGEMENT is entered for Plaintiff Ronald Floresca and against Defendant Aargon Agency, Inc. for the amount of $3,500.00 as to Plaintiff's individual claims only. The putative class claims are dismissed without prejudice.

DATE: April 3, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE